**Opinion filed August 31, 2010**



# In The

# Eleventh Court of Appeals

_____

## No. 11-10-00199-CR
_____

### JOSE FRANCISCO GUERRERO, Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeal from the 361st District Court**

**Brazos County, Texas**

**Trial Court Cause No. 08-00585-CRF-361**

### M E M O R A N D U M   O P I N I O N

Jose Francisco Guerrero has filed in this court a motion to dismiss his appeal. Attached to the motion is Guerrero's signed statement that he no longer desires to continue his appeal. The motion is granted, and the appeal is dismissed.

PER CURIAM

August 31, 2010

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.